JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOLMAN & WIKER INSURANCE SERVICES, LLC, an ASSUREDPARTNERS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE LIBERTY COMPANY INSURANCE BROKERS, INC., SEAN BORCHARDT, BITALINA SANCHEZ, AND NANCY LAUGHLIN,<br><br>Defendant. | No. 2:20-cv-08641-JAK (AGRx)<br><br>**ORDER RE STIPULATION OF DISMISSAL (DKT. 56)** |

Based on a review of the Stipulation of Dismissal (the "Stipulation" (Dkt. 56)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. This action is hereby dismissed in its entirety with prejudice. Accordingly, all claims asserted in the action against all parties shall be dismissed with prejudice. Each party shall bear costs and attorney's fees pursuant to the written agreement of the Parties.

**IT IS SO ORDERED.**

Dated: January 12, 2021

John A. Kronstadt
United States District Judge